| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| DUSTIN BERNARD, | § |
| | § |
| Petitioner, | § |
| | § |
| *versus* | § CIVIL ACTION NO. 1:18-CV-180 |
| | § |
| STATE OF TEXAS, | § |
| | § |
| Respondent. | § |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Dustin Bernard, a pre-trial detainee currently confined at the Jefferson County Correctional Facility, proceeding *pro se*, filed a petition in this court titled "Writ of Habeas Corpus Article 11.05 Motion to Dismiss & Bond Reduction." The petitioner is addressed to the "Criminal Court of Honorable Raquel West Jefferson County."

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the petition for writ of habeas corpus should be dismissed as improvidently filed.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.[1]

---

[1] Movant received a copy of the Report and Recommendation on May 7, 2018 (docket entry no. 3).

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED.** A Final Judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 26th day of June, 2018.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE